# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

In re:   MEREDITH ANN ALEXANDER                                      Case No.: 25-72441-FJS

   Debtor                                                             Chapter 13

## NOTICE OF TRUSTEE'S MOTION TO DISMISS AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Gregory D. Stefan, Chapter 13 Trustee (the "**Trustee**"), has filed papers with the Court to dismiss your case (the "Motion"), a copy of which is attached.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant relief sought in the Motion, or if you want the Court to consider your views on the Motion, then **WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE**, you or your attorney must:

File with the Court, at the address shown below, a written response pursuant to Local Rule 9013-1 of this Court.  If you wish to mail your response to the Court, you must mail it early enough so the Court will receive it within the time frame set forth above.

   Clerk of Court
   United States Bankruptcy Court
   600 Granby St., Room 400
   Norfolk, VA 23510

You must also send a copy of such response to:

   Warren A. Uthe, Jr. Esq.
   Counsel for Gregory D. Stefan
   Chapter 13 Standing Trustee
   1403 Greenbrier Parkway, Suite 400
   Chesapeake, VA 23320

Attend the hearing detailed below.

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

Warren A. Uthe, Jr. Esq., VSB No. 45116
Counsel for Gregory D. Stefan
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000 Telephone
(757) 961-3001 Facsimile

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR MARCH 10, 2026 AT 10:30 AM (EST) AT COURTROOM TWO, FOURTH FLOOR, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION, 600 GRANBY STREET, NORFOLK, VIRGINIA.**

Date: January 22, 2026

**GREGORY D. STEFAN, TRUSTEE**

**/s/ Warren A. Uthe, Jr., Esq.**
**Counsel for Gregory D. Stefan**
**Chapter 13 Standing Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Motion and Notice of Hearing was served via First Class mail or Electronic Notice this 22nd day of January, 2026 to:

MEREDITH ANN ALEXANDER
P.O. BOX 56101
VIRGINIA BEACH, VA 23456

THE MERNA LAW GROUP, PC
621 N LYNNHAVEN RD
VIRGINIA BEACH, VA 23452
(via Electronic Notice)

**/s/ Warren A. Uthe, Jr., Esq.**
**Counsel for Gregory D. Stefan**
**Chapter 13 Standing Trustee**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    MEREDITH ANN ALEXANDER                                              Case No.: 25-72441-FJS

Debtor                                                                                                     Chapter 13

## **TRUSTEE'S MOTION TO DISMISS**

COMES NOW Gregory D. Stefan, Chapter 13 Standing Trustee, and moves for dismissal of the above referenced bankruptcy matter, for failure to make payments.

1. As of January 22, 2026 (the "Motion Date"), the Debtor has paid a total of $1,412.00 into the Plan.

2. Under the terms of the plan filed in this case, as of the Motion Date, a total amount of $4,236.00 should have been paid.

3. As of the Motion Date, the Debtor is delinquent in plan payments in the total amount of $2,824.00.

For the foregoing reason, this case should be dismissed.

Date: January 22, 2026                                          **GREGORY D. STEFAN, TRUSTEE**

**/s/ Warren A. Uthe, Jr., Esq.**
**Counsel for Gregory D. Stefan**
**Chapter 13 Standing Trustee**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was served via First Class mail or Electronic Notice this 22nd day of January, 2026 to:

MEREDITH ANN ALEXANDER
P.O. BOX 56101
VIRGINIA BEACH, VA 23456

THE MERNA LAW GROUP, PC
621 N LYNNHAVEN RD
VIRGINIA BEACH, VA 23452
(via Electronic Notice)

**/s/ Warren A. Uthe, Jr., Esq.**
**Counsel for Gregory D. Stefan**
**Chapter 13 Standing Trustee**

Warren A. Uthe, Jr. Esq., VSB No. 45116
Counsel for Gregory D. Stefan
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000 Telephone
(757) 961-3001 Facsimile