# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| In re: <br><br> MEREDITH ANN ALEXANDER, <br><br> Debtor. <br><br> ONEMAIN FINANCIAL GROUP, LLC, <br><br> Movant, <br><br> v. <br><br> MEREDITH ANN ALEXANDER, <br> and GREGORY D. STEFAN, Trustee, <br><br> Respondents. | Case No. 25-72441-FJS <br><br> Chapter 13 |

## AMENDED
## NOTICE OF MOTION FOR RELIEF FROM STAY
## AND NOTICE OF HEARING

OneMain Financial Group, LLC, has filed papers with the Court seeking relief from stay to repossess and liquidate a certain 2013 Acura RDX, VIN 5J8TB4H55DL014772.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Trevor B. Reid (VSB #77233)
treid@parkerpollard.com
PARKER, POLLARD, WILTON & PEADEN, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia  23230-1655
(804) 262-3600 – *telephone*
(804) 262-3284 – *facsimile*
*Counsel for the Movant*

If you do not want the Court to grant the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- Within 14 days from the date of service of the motion, you must file a written response explaining your position with the Court at the following address:

  > Clerk of Court
  > United States Bankruptcy Court
  > 600 Granby Street, Room 400
  > Norfolk, Virginia 23510-1915

  You must also serve a copy on the movant at the following address:

  > Trevor B. Reid
  > Parker, Pollard, Wilton & Peaden, P.C.
  > 6802 Paragon Place, Suite 205
  > Richmond, Virginia  23230-1655

  Unless a written response is filed and served within this 14-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief.

- Attend the hearing scheduled to be held on **February 24, 2026 at 11:00 a.m.,** in the United States Bankruptcy Court, Judge Santoro's Courtroom, 600 Granby Street, 4th Floor, Courtroom Two, Norfolk, Virginia.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in objection and may enter an order granting that relief.

Date:   January 23, 2026

ONEMAIN FINANCIAL GROUP, LLC

By:  /s/  Trevor B. Reid
Trevor B. Reid (VSB #77233)
treid@parkerpollard.com
PARKER, POLLARD, WILTON & PEADEN, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia  23230-1655
(804) 262-3600 – *telephone*
(804) 262-3284 – *facsimile*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served in the manner indicated below, on this 23rd day of January, 2026:

**Via CM/ECF:**

Genene E. Gardner, Esq.
The Merna Law Group
621 North Lynnhaven Road
Virginia Beach, Virginia 23452
  *Counsel for the Debtor*

Gregory D. Stefan, Esq.
1403 Greenbrier Parkway, Suite 400
Chesapeake, Virginia 23320
  *Chapter 13 Trustee*

**Via First Class U.S. Mail,
Postage Prepaid:**

Meredith Ann Alexander
P.O. Box 56101
Virginia Beach, Virginia 23456
  *Debtor*

/s/   Trevor B. Reid

4929-0855-0282, v. 2