# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| In re:<br><br>MEREDITH ANN ALEXANDER,<br><br>                                          Debtor.<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>                                          Movant,<br><br>v.<br><br>MEREDITH ANN ALEXANDER,<br>and GREGORY D. STEFAN, Trustee,<br><br>                                          Respondents. | Case No. 25-72441-FJS<br><br>Chapter 13 |

## **ORDER GRANTING RELIEF FROM STAY**

Upon consideration of the motion of OneMain Financial Group, LLC ("OneMain") to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit: that certain 2013 Acura RDX, VIN 5J8TB4H55DL014772.

Upon the termination of the automatic stay, the Trustee will be relieved from the obligation of making any further payments upon any secured claim filed by Movant. Movant shall file any

Trevor B. Reid (VSB #77233)
treid@parkerpollard.com
PARKER, POLLARD, WILTON & PEADEN, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia  23230-1655
(804) 262-3600 – *telephone*
(804) 262-3284 – *facsimile*
*Counsel for the Movant*

deficiency claim within 120 days after termination of the automatic stay to be paid prospectively or such deficiency claim will be forever barred.

      DONE at Norfolk, Virginia, on Jan 26 2026                              .

                            /s/ Frank J Santoro  
                            Hon. Frank J. Santoro  
                            United States Bankruptcy Judge

Entered On Docket: Jan 27 2026

**I ASK FOR THIS:**

  /s/ Trevor B. Reid  
Trevor B. Reid (VSB #77233)  
treid@parkerpollard.com  
PARKER, POLLARD, WILTON & PEADEN, P.C.  
6802 Paragon Place, Suite 205  
Richmond, Virginia 23230-1655  
(804) 262-3600 – *telephone*  
(804) 262-3284 – *facsimile*  
*Counsel for the Movant*


**SEEN AND AGREED:**

  /s/ Genene E. Gardner  
Genene E. Gardner, Esq.  
The Merna Law Group  
621 North Lynnhaven Road  
Virginia Beach, Virginia 23452  
*Counsel for the Debtor*


**SEEN:**

  /s/ Warren Uthe, Jr.              by Trevor B. Reid, by email permission dated 1/23/26  
Warren Uthe, Jr., Esq.  
Staff Attorney  
Gregory D. Stefan, Chapter 13 Trustee  
1403 Greenbrier Parkway, Suite 400  
Chesapeake, Virginia 23320

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2, and that no modification, addition, or deletion has been made *except to add the final paragraph per trustee requirement.*

           /s/    Trevor B. Reid

## LBR 9022-1(C) CERTIFICATION

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

           /s/    Trevor B. Reid

## SERVICE LIST

**Copy to:**

Trevor B. Reid, Esq.
PARKER, POLLARD, WILTON & PEADEN, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia 23230-1655
*Counsel for the Movant*

Genene E. Gardner, Esq.
The Merna Law Group
621 North Lynnhaven Road
Virginia Beach, Virginia 23452
*Counsel for the Debtor*

Warren Uthe, Jr., Esq.
Gregory D. Stefan, Chapter 13 Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, Virginia 23320

**Copy by mail to:**

Meredith Ann Alexander
P.O. Box 56101
Virginia Beach, Virginia 23456

4897-0593-7034, v. 2