# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   MEREDITH ANN ALEXANDER                                Chapter 13
                                                               Case No.: 25-72441-FJS

   Debtor

### STANDING TRUSTEE'S NOTICE OF OBJECTION TO CONFIRMATION OF FIRST MODIFIED CHAPTER 13 PLAN AND NOTICE OF HEARING

*NOTICE OF OBJECTION:*

**PLEASE TAKE NOTICE** that Gregory D. Stefan, Chapter 13 Trustee (the "Trustee") has filed an Objection to Confirmation (the "Objection"), a copy of which is attached. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to deny confirmation of your Chapter 13 Plan or if you want the Court to consider your views on the Objection, then you or your attorney must attend the hearing on the Objection.

*NOTICE OF HEARING*:

**A HEARING ON THE OBJECTION TO CONFIRMATION IS SCHEDULED FOR TUESDAY, FEBRUARY 10, 2026, AT 10:35 AM (EST) AT COURTROOM TWO, FOURTH FLOOR, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION, 600 GRANBY STREET, NORFOLK, VIRGINIA.**

Date: January 29, 2026                         /s/ Gregory D. Stefan
                                               Gregory D. Stefan
                                               Chapter 13 Standing Trustee

Gregory D. Stefan, VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000 Telephone
(757) 961-3001 Facsimile
gdstefan@gdsch13.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Objection and Notice of Hearing was served via First Class mail or Electronic Notice this 29th day of January, 2026 to:

MEREDITH ANN ALEXANDER
P.O. BOX 56101
VIRGINIA BEACH, VA 23456

THE MERNA LAW GROUP, PC
621 N LYNNHAVEN RD
VIRGINIA BEACH, VA 23452
(via Electronic Notice)

/s/ Gregory D. Stefan

Gregory D. Stefan
Chapter 13 Standing Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    MEREDITH ANN ALEXANDER    Chapter 13
Case No.: 25-72441-FJS

Debtor

### STANDING TRUSTEE'S OBJECTION TO CONFIRMATION OF FIRST MODIFIED CHAPTER 13 PLAN

COMES NOW Gregory D. Stefan, Chapter 13 Standing Trustee, and hereby respectfully objects to confirmation by the Court of a Plan submitted by the Debtor, filed, December 22, 2025, on the following grounds:

1. The Debtor is not current with the Plan payments.

WHEREFORE, the Standing Trustee objects to confirmation of the proposed Chapter 13 Plan.

Date: January 29, 2026                /s/ Gregory D. Stefan
                                       Gregory D. Stefan
                                       Chapter 13 Standing Trustee

Gregory D. Stefan, VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000 Telephone
(757) 961-3001 Facsimile
gdstefan@gdsch13.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing Objection was served via First Class mail or Electronic Notice this 29th day of January, 2026 to:

| | |
|---|---|
| MEREDITH ANN ALEXANDER<br>P.O. BOX 56101<br>VIRGINIA BEACH, VA 23456 | THE MERNA LAW GROUP, PC<br>621 N LYNNHAVEN RD<br>VIRGINIA BEACH, VA 23452<br>(via Electronic Notice) |

                                                    /s/ Gregory D. Stefan

                                                  Gregory D. Stefan
                                                  Chapter 13 Standing Trustee