# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

|   |   |
|---|---|
| In re:<br><br>MEREDITH ANN ALEXANDER,<br><br>                                      Debtor.<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>                                      Movant,<br><br>v.<br><br>MEREDITH ANN ALEXANDER,<br>and GREGORY D. STEFAN, Trustee,<br><br>                                      Respondents. | Case No. 25-72441-FJS<br><br>Chapter 13 |

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of OneMain Financial Group, LLC ("OneMain") to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit: that certain 2013 Acura RDX, VIN 5J8TB4H55DL014772.

Upon the termination of the automatic stay, the Trustee will be relieved from the obligation of making any further payments upon any secured claim filed by Movant. Movant shall file any

Trevor B. Reid (VSB #77233)
treid@parkerpollard.com
PARKER, POLLARD, WILTON & PEADEN, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia  23230-1655
(804) 262-3600 – *telephone*
(804) 262-3284 – *facsimile*
*Counsel for the Movant*

deficiency claim within 120 days after termination of the automatic stay to be paid prospectively

or such deficiency claim will be forever barred.

        DONE at Norfolk, Virginia, on  Jan 26 2026                          .

                                            /s/ Frank J Santoro
                                            Hon. Frank J. Santoro
                                            United States Bankruptcy Judge

Entered On Docket: Jan 27 2026

I ASK FOR THIS:

  /s/ Trevor B. Reid
Trevor B. Reid (VSB #77233)
treid@parkerpollard.com
PARKER, POLLARD, WILTON & PEADEN, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia 23230-1655
(804) 262-3600 – *telephone*
(804) 262-3284 – *facsimile*
*Counsel for the Movant*


SEEN AND AGREED:


  /s/ Genene E. Gardner
Genene E. Gardner, Esq.
The Merna Law Group
621 North Lynnhaven Road
Virginia Beach, Virginia 23452
*Counsel for the Debtor*


SEEN:


  /s/ Warren Uthe, Jr.        by Trevor B. Reid, by email permission dated 1/23/26
Warren Uthe, Jr., Esq.
Staff Attorney
Gregory D. Stefan, Chapter 13 Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, Virginia 23320

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2, and that no modification, addition, or deletion has been made *except to add the final paragraph per trustee requirement.*

/s/   Trevor B. Reid

## LBR 9022-1(C) CERTIFICATION

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

/s/   Trevor B. Reid

## SERVICE LIST

**Copy to:**

Trevor B. Reid, Esq.
PARKER, POLLARD, WILTON & PEADEN, P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia  23230-1655
*Counsel for the Movant*

Genene E. Gardner, Esq.
The Merna Law Group
621 North Lynnhaven Road
Virginia Beach, Virginia 23452
*Counsel for the Debtor*

Warren Uthe, Jr., Esq.
Gregory D. Stefan, Chapter 13 Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, Virginia 23320

**Copy by mail to:**

Meredith Ann Alexander
P.O. Box 56101
Virginia Beach, Virginia 23456

4897-0593-7034, v. 2

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 25-72441-FJS

Meredith Ann Alexander     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-8     User: SarahMelv     Page 1 of 1

Date Rcvd: Jan 27, 2026     Form ID: pdford1     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meredith Ann Alexander, P.O. Box 56101, Virginia Beach, VA 23456-1101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Genene E. Gardner | on behalf of Debtor Meredith Ann Alexander gsaunders@mernalaw.com<br>mlgcourts@gmail.com;gardnergr73674@notify.bestcase.com;agraveline@mernalaw.com;legalassistant@mernalaw.com |
| Gregory D. Stefan | gdstefan@gdsch13.com  ecftng@gdsch13.com |
| Matthew W. Cheney | ustpregion04.no.ecf@usdoj.gov |
| Trevor Brooks Reid | on behalf of Creditor OneMain Financial Group  LLC treid@parkerpollard.com,<br>sscarce@parkerpollard.com;myoder@parkerpollard.com |

TOTAL: 4