# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

In re:   MEREDITH ANN ALEXANDER                                    Chapter 13
                                                                   Case No.: 25-72441-FJS

Debtor

## ORDER SETTLING MOTION TO DISMISS

**THIS MATTER CAME** to be heard upon the Motion to Dismiss filed by Gregory D. Stefan, Chapter 13 Standing Trustee. Upon representation of the parties that the matter has been **Settled**, it is hereby **ORDERED** that the Debtor is to resume regular plan payments in February 2026.

**ORDERED** that the Debtor is to cure arrears of $2,824.00 through January 2026 by making an additional payment of $470.67 certified funds for 6 months beginning February 2026 through July 2026, and must keep all future regular plan payments current.

It is **FURTHER ORDERED** that if the Debtor fails to comply with this Order, the Trustee may file an Order of Dismissal without further notice or hearing of this Court.

**Date Entered:** Feb 12 2026

/s/ Frank J Santoro
**Judge**

Entered On Docket: Feb 12 2026

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000

I ASK FOR THIS:

/s/ Warren A. Uthe, Jr., Esq.
_____

Warren A. Uthe, Jr. Esq.
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000

AGREED:

/s/ Genene Gardner
_____

The Merna Law Group, Pc
621 N Lynnhaven Rd
Virginia Beach, VA, 23452
(757) 340-4895

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000

## **LOCAL RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Warren A. Uthe, Jr., Esq.
_____

Warren A. Uthe, Jr. Esq.
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee

Parties to receive copies:

MEREDITH ANN ALEXANDER
P.O. BOX 56101
VIRGINIA BEACH, VA 23456

Genene Gardner
621 N LYNNHAVEN RD
VIRGINIA BEACH, VA 23452

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Gregory D. Stefan
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000

United States Bankruptcy Court
Eastern District of Virginia

In re:   Case No. 25-72441-FJS
Meredith Ann Alexander   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-8      User: MichelleS      Page 1 of 1
Date Rcvd: Feb 12, 2026      Form ID: pdford6      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meredith Ann Alexander, P.O. Box 56101, Virginia Beach, VA 23456-1101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Genene E. Gardner | on behalf of Debtor Meredith Ann Alexander gsaunders@mernalaw.com mlgcourts@gmail.com;gardnergr73674@notify.bestcase.com;agraveline@mernalaw.com;legalassistant@mernalaw.com |
| Gregory D. Stefan | gdstefan@gdsch13.com  ecftng@gdsch13.com |
| Matthew W. Cheney | ustpregion04.no.ecf@usdoj.gov |
| Trevor Brooks Reid | on behalf of Creditor OneMain Financial Group  LLC treid@parkerpollard.com, sscarce@parkerpollard.com;myoder@parkerpollard.com |

TOTAL: 4