# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

In re:      MEREDITH ANN ALEXANDER                                    Chapter 13
                                                              Case No.: 25-72441-FJS

            Debtor

## ORDER DENYING CONFIRMATION

**THIS MATTER** came before the Court upon the Standing Trustee's Objection to Confirmation of the Debtor's

Chapter 13 Plan filed, December 22, 2025, the parties having advised the Court that this matter has been settled.

**UPON CONSIDERATION WHEREOF**, it appearing that the Debtor and the Standing Trustee have resolved the

objection and desire to have an Order entered reflecting such settlement, and for good cause shown, it is

**ORDERED** that the Objection to Confirmation is Sustained. The debtor is to file a Modified Plan on or before

March 3, 2026.

It is **FURTHER ORDERED** that if the Debtor fails to comply with the agreed terms of this Order, an Order of

Dismissal may be filed with and entered by this Court without further hearing.

**Date Entered:** Feb 20 2026

/s/ Frank J Santoro
                                                                    **Judge**

                                    Entered On Docket:  Feb 23 2026

Gregory D. Stefan
VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000

I ASK FOR THIS:

/s/ Gregory D. Stefan

Gregory D. Stefan
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000

AGREED:

/s/ Genene Gardner

The Merna Law Group, Pc
621 N Lynnhaven Rd
Virginia Beach, VA, 23452
(757) 340-4895

Gregory D. Stefan
VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000

## LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).


/s/ Gregory D. Stefan
_____

Gregory D. Stefan
Chapter 13 Standing Trustee

Parties to receive copies:

MEREDITH ANN ALEXANDER
P.O. BOX 56101
VIRGINIA BEACH, VA 23456

Genene Gardner
621 N LYNNHAVEN RD
VIRGINIA BEACH, VA 23452

Gregory D. Stefan
VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000