**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

In re:    MEREDITH ANN ALEXANDER                                                         Chapter 13
                                                                                         Case No.: 25-72441-FJS

    Debtor

## ORDER DENYING CONFIRMATION

**THIS MATTER** came before the Court upon the Standing Trustee's Objection to Confirmation of the Debtor's Chapter 13 Plan filed, December 22, 2025, the parties having advised the Court that this matter has been settled.

**UPON CONSIDERATION WHEREOF**, it appearing that the Debtor and the Standing Trustee have resolved the objection and desire to have an Order entered reflecting such settlement, and for good cause shown, it is

**ORDERED** that the Objection to Confirmation is Sustained. The debtor is to file a Modified Plan on or before March 3, 2026.

It is **FURTHER ORDERED** that if the Debtor fails to comply with the agreed terms of this Order, an Order of Dismissal may be filed with and entered by this Court without further hearing.

**Date Entered:** Feb 20 2026

/s/ Frank J Santoro
**Judge**

Entered On Docket:  Feb 23 2026

Gregory D. Stefan
VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000

I ASK FOR THIS:

/s/ Gregory D. Stefan

Gregory D. Stefan
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000

AGREED:

/s/ Genene Gardner

The Merna Law Group, Pc
621 N Lynnhaven Rd
Virginia Beach, VA, 23452
(757) 340-4895

Gregory D. Stefan
VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000

## **LOCAL RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Gregory D. Stefan
_____

Gregory D. Stefan
Chapter 13 Standing Trustee

Parties to receive copies:

MEREDITH ANN ALEXANDER
P.O. BOX 56101
VIRGINIA BEACH, VA 23456

Genene Gardner
621 N LYNNHAVEN RD
VIRGINIA BEACH, VA 23452

Gregory D. Stefan
VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA  23320
(757) 961-3000

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-72441-FJS |
| Meredith Ann Alexander | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-8 | User: SarahMelv | Page 1 of 1 |
| Date Rcvd: Feb 23, 2026 | Form ID: pdford3 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Meredith Ann Alexander, P.O. Box 56101, Virginia Beach, VA 23456-1101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Genene E. Gardner | on behalf of Debtor Meredith Ann Alexander gsaunders@mernalaw.com mlgcourts@gmail.com;gardnergr73674@notify.bestcase.com;agraveline@mernalaw.com;legalassistant@mernalaw.com |
| Gregory D. Stefan | gdstefan@gdsch13.com ecftng@gdsch13.com |
| Matthew W. Cheney | ustpregion04.no.ecf@usdoj.gov |
| Trevor Brooks Reid | on behalf of Creditor OneMain Financial Group LLC treid@parkerpollard.com, sscarce@parkerpollard.com;myoder@parkerpollard.com |

TOTAL: 4