**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF APPEARANCE

**PLEASE TAKE NOTICE** that Warren A. Uthe, Jr., Esquire who was formerly employed by the Office of Gregory D. Stefan, Chapter 13 Trustee, is withdrawing his appearance from the following cases listed on Exhibit A, all cases in which he is attorney of record, and therefore his appearance in the attached cases is hereby withdrawn.

**PLEASE TAKE NOTICE** that Gregory D. Stefan, Esquire with the Office of Gregory D. Stefan, Chapter 13 Trustee, shall replace Warren A. Uthe, Jr. as counsel of record on the cases listed on Exhibit A.

Dated: March 30, 2026.

Respectfully Submitted,

/s/ Gregory D. Stefan
Gregory D. Stefan (VSB # 40855)
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
Telephone: (757) 961-3018
Email : gdstefan@gdsch13.com

Respectfully submitted,

/s/ Warren A. Uthe, Jr.
Warren A. Uthe, Jr. (VSB # 45116)

Gregory D. Stefan (VSB # 40855)
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
Telephone: (757) 961-3018
Email: gdstefan@gdsch13.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2026, I electronically filed the foregoing Notice of Withdrawal and Substitution of Appearance with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) vial the ECF email notification system to all persons registered to receive electronic notice in this case at their email address of record.

/s/ Gregory D. Stefan
Gregory D. Stefan
Chapter 13 Trustee

**EXHIBIT A**

| Case No. | Case Title | Chapter / Lead BK case | Date Filed |
|---|---|---|---|
| 25-72871-FJS | GEORGE FRANK SIMMONS, JR. AND PAMELA FELICIA SIMMONS | 13 | 12/8/2025 |
| 25-72699-FJS | JOSHUA THOMAS GARTMAN AND DANIELLE ELIZABETH GARTMAN | 13 | 11/15/2025 |
| 25-72323-FJS | NATASHA LATIFAH BROWN | 13 | 9/30/2025 |
| 25-72295-FJS | DAVID ANDREW BRAXTON | 13 | 9/29/2025 |
| 25-72668-SCS | STEVEN JAMES DAVALLE | 13 | 11/12/2025 |
| 25-72441-FJS | MEREDITH ANN ALEXANDER | 13 | 10/17/2025 |
| 25-72389-FJS | TAMARA NIKOL THOMAS | 13 | 10/10/2025 |
| 25-72239-SCS | TERESA RENEE MEIERS | 13 | 9/22/2025 |
| 25-72184-FJS | NINA MARIE MCCRORY | 13 | 9/15/2025 |
| 25-72080-FJS | LANEKA CEMERE WATERS | 13 | 9/4/2025 |
| 25-71990-FJS | SHARETTA LOUVETTE BLOUNT | 13 | 8/25/2025 |
| 25-71973-SCS | CHRISTINA MICHELLE WRIGHT | 13 | 8/22/2025 |
| 25-71924-SCS | RONNIE DONNELL JOYNER AND OLLIETTE DENISE JOYNER | 13 | 8/15/2025 |
| 25-71898-SCS | SHANICA LANISE BOYD | 13 | 8/12/2025 |
| 25-71895-FJS | ALLAN SPENCER MALONEY, II AND CHRISTINE MAE MALONEY | 13 | 8/12/2025 |
| 25-71881-SCS | BRITTNEY KEYSHARA CAINES-HARRIS | 13 | 8/11/2025 |
| 25-71828-SCS | SHANE NATE' LAND | 13 | 8/5/2025 |
| 25-71815-FJS | MICHAEL DARREN MCCORMICK | 13 | 8/4/2025 |
| 25-71753-FJS | ERIC TROY DEWITT | 13 | 7/28/2025 |
| 25-71723-FJS | JAMES ROBERT BOYD  AND DIAMOND MARIE BOYD | 13 | 7/24/2025 |
| 25-71631-SCS | DIANA LACY VAN HOUTEN | 13 | 7/15/2025 |
| 25-71585-SCS | RONALD CLARY FOREMAN | 13 | 7/8/2025 |
| 25-71529-FJS | ANN EDNEY-PYLE | 13 | 7/1/2025 |
| 25-71475-FJS | ASHLEIGH JORDAN MCGIFFIN | 13 | 6/25/2025 |
| 25-71443-FJS | EBONY MARIE HARRIS | 13 | 6/20/2025 |
| 25-71422-FJS | WILLIAM ROBINSON | 13 | 6/19/2025 |
| 25-71317-FJS | CURTIS ORLANDO PARKER, III | 13 | 6/6/2025 |
| 25-71287-SCS | FRANK MERVIN WORRELL | 13 | 6/3/2025 |
| 25-71264-SCS | RONALD ALVIN PARKER, JR  AND LATEEFAH FAHEEMAH TAYLOR PARKER | 13 | 5/31/2025 |
| 25-71180-FJS | ALEXIS E. C. FOGG | 13 | 5/23/2025 |
| 25-71631-SCS | DIANA LACY VAN HOUTON | 13 | 7/15/2025 |
| 25-71122-SCS | TANISHA MARIE PHILLIPS | 13 | 5/16/2025 |
| 25-71012-SCS | CYNTHIA L HOBBS | 13 | 5/6/2025 |
| 25-71002-SCS | BRYAN CHRISTOPHER FOSTER  AND SHANNON JEAN FOSTER | 13 | 5/5/2025 |
| 25-70982-SCS | MICHAEL GREEN | 13 | 5/1/2025 |
| 25-70812-FJS | LESLIE ANDERSON-HITCH | 13 | 4/13/2025 |
| 25-70810-FJS | REBECA SARAY LIPINSKI | 13 | 4/11/2025 |
| 25-70656-FJS | FARRIE DENISE BEAMON | 13 | 3/26/2025 |
| 25-70471-SCS | WALTER RAY BRACY, JR.  AND REGINA JOANNE BRACY | 13 | 3/7/2025 |
| 25-70402-FJS | SHERITA MICHELLE BOOTHE | 13 | 2/27/2025 |

1

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 25-70261-FJS | JOE LEWIS HARMON, JR.  AND MARY MICHELLE FRANKS | 13 | 2/5/2025 |
| 25-70225-FJS | FLETCHER LEE REID  AND TONIA LAVETTE REID | 13 | 1/31/2025 |
| 25-70196-SCS | HA THI THU LE | 13 | 1/29/2025 |
| 25-70115-SCS | WILLIAM RICHARD STOY  AND CAROL CLARK STOY | 13 | 1/20/2025 |
| 25-70039-FJS | CINDY LORI KRAMER | 13 | 1/8/2025 |
| 24-72656-SCS | TIMOTHY BENJAMIN COVINGTON  AND TRISTA LEANN WELLS | 13 | 12/12/2024 |
| 24-72623-SCS | JASMINE MONIQUE DREW | 13 | 12/6/2024 |
| 24-72622-FJS | RODNEY D. JONES | 13 | 12/6/2024 |
| 24-72613-SCS | SHERNEIKWA MONICA WILLIE | 13 | 12/6/2024 |
| 24-72548-SCS | DEMETRIUS LOWELL SKIPWITH | 13 | 11/27/2024 |
| 24-72431-SCS | SYREENA NICOLE BODDIE | 13 | 11/14/2024 |
| 24-72425-FJS | DAVID RAMON BAEZ | 13 | 11/14/2024 |
| 24-72340-SCS | RAFAEL MARCELL BYNUM (HUSBAND DISM ONLY) AND SHANTA SHANEIL BYNUM | 13 | 10/31/2024 |
| 24-72334-FJS | TARA MONIQUE GRIMES | 13 | 10/31/2024 |
| 24-72328-FJS | QUADREKA CHAREDA RENEE ALBRIGHT | 13 | 10/31/2024 |
| 24-72289-FJS | TRACI SUSANNE MORRIS | 13 | 10/26/2024 |
| 24-72276-SCS | NIKIA SHANAE JORDAN | 13 | 10/24/2024 |
| 24-72242-FJS | ANGELA MARIE BRYANT | 13 | 10/21/2024 |
| 24-72202-FJS | CARL N SHERRILL | 13 | 10/15/2024 |
| 24-71948-SCS | DORIS ANN HAWKINS | 13 | 9/11/2024 |
| 24-71919-FJS | KATRINA ISLAMAH DREW | 13 | 9/6/2024 |
| 24-71907-SCS | RAESHELL DENITA YOUELL | 13 | 9/5/2024 |
| 24-71898-SCS | BRENDA LASHON COBURN | 13 | 9/4/2024 |
| 24-71802-FJS | SHARRON DELANISE BUTLER | 13 | 8/21/2024 |
| 24-71800-SCS | ANTHONY LEON NOVACEK | 13 | 8/21/2024 |
| 24-71799-FJS | LETITIA SHARONNE GRIFFIN | 13 | 8/21/2024 |
| 24-71790-FJS | RYAN ALEXANDER | 13 | 8/20/2024 |
| 24-71781-FJS | EBONY VANESSA WOODARD | 13 | 8/19/2024 |
| 24-71779-SCS | VANDELL MCCOY TAYLOR  AND SHARNETTA SAMPLE TAYLOR | 13 | 8/19/2024 |
| 24-71763-FJS | LAMONICA ROSETTA ELLIOTT | 13 | 8/16/2024 |
| 24-71757-FJS | JASMINE ANDREA JACKSON | 13 | 8/16/2024 |
| 24-71710-FJS | STEPHANIE DENISE PAYTON | 13 | 8/8/2024 |
| 24-71699-FJS | WANDA MICHELLE SMITH | 13 | 8/6/2024 |
| 24-71682-FJS | WILLIAM DAVID BROWN | 13 | 8/5/2024 |
| 24-71680-FJS | TAMIKA EVELYN TINSLEY | 13 | 8/2/2024 |
| 24-71665-SCS | NENA MARIE WATLEY | 13 | 8/1/2024 |
| 24-71626-SCS | MALATARF SMITH, JR. | 13 | 7/29/2024 |
| 24-71607-SCS | DEBORAH SHEREE SIMPSON | 13 | 7/25/2024 |
| 24-71592-SCS | SHERMEKA S BOLDEN | 13 | 7/24/2024 |
| 24-71577-SCS | CHANDLER LEE SCARBOROUGH | 13 | 7/22/2024 |
| 24-71568-FJS | DAVID RAY LOPER | 13 | 7/19/2024 |
| 24-71530-SCS | LAURENS GREGORY SEYMOUR  AND TERESA MARIE SEYMOUR | 13 | 7/16/2024 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 24-71528-FJS | KENNETH JAMES ELLIOTT, JR.  AND CHRISTINA LEE ELLIOTT | 13 | 7/16/2024 |
| 24-71501-FJS | KAREN JAMIL REAVES | 13 | 7/11/2024 |
| 24-71454-FJS | CHARLES E. HUGHES, JR. | 13 | 7/8/2024 |
| 24-71442-FJS | CAMERON WENDELL DUPREE, SR. | 13 | 7/5/2024 |
| 24-71440-SCS | JONATHAN LLOYD POTTS  AND CRYSTAL MILLER POTTS | 13 | 7/3/2024 |
| 24-71396-FJS | SAMANTHA WHITNEY TILLSON | 13 | 7/1/2024 |
| 24-71367-SCS | MARVIN ANTHONY JOHNSON, SR.  AND LATASHA JOHNSON | 13 | 6/27/2024 |
| 24-71356-SCS | VIRGINIA LORRAINE BOLDEN | 13 | 6/26/2024 |
| 24-71311-SCS | NADINE RODRIGUEZ | 13 | 6/19/2024 |
| 24-71238-FJS | BRITTANY JANAE BOONE | 13 | 6/7/2024 |
| 24-72255-FJS | ELSIE RAWLS | 13 | 10/22/2024 |
| 24-71195-FJS | SAMUEL SUTTON, JR. | 13 | 5/31/2024 |
| 24-71177-SCS | ADAM CLAYTON SAUNDERS | 13 | 5/31/2024 |
| 24-71699-FJS | WANDA MICHELLE SMITH | 13 | 8/6/2024 |
| 24-71043-FJS | WAEL MOHMMAED MAHMOUD | 13 | 5/15/2024 |
| 24-71035-FJS | DORIS VIRGINIA MOSS | 13 | 5/14/2024 |
| 24-71006-FJS | TIMOTHY L JONES  AND TINNIKKA A ROBERTSON-JONES | 13 | 5/10/2024 |
| 24-70875-FJS | TERESA ANTOINETTE PASTO | 13 | 4/25/2024 |
| 24-70855-FJS | JANICE LAWRENCE JAMES | 13 | 4/23/2024 |
| 24-70775-FJS | TYLER ANDREW KNIGHT | 13 | 4/11/2024 |
| 24-70723-SCS | KENNETH WAYNE GODLEY  AND SUSAN HUTTO GODLEY | 13 | 4/4/2024 |
| 24-70644-SCS | HEATHER LYNN WATKINS | 13 | 3/28/2024 |
| 24-70491-FJS | DORIS VIRGINIA ALLEN | 13 | 3/11/2024 |
| 24-70489-FJS | BEVERLY JO FREESE | 13 | 3/11/2024 |
| 24-70477-SCS | REGINA SHAVON JOHNSON | 13 | 3/8/2024 |
| 24-70467-FJS | MICHAEL LEN HOWARD, JR.  AND MARGARET JACKSON HOWARD | 13 | 3/7/2024 |
| 24-70430-FJS | BESSIE MAE TAYLOR | 13 | 3/1/2024 |
| 24-70416-SCS | TOYRA LAKESHA WINBORNE | 13 | 2/29/2024 |
| 24-70413-FJS | ROSALINDE L. NEWBY | 13 | 2/29/2024 |
| 24-70391-SCS | NATASHA QUANSHAY BENTON | 13 | 2/28/2024 |
| 24-70321-SCS | DONOVAN PIERCE DARGERT | 13 | 2/16/2024 |
| 24-70246-FJS | SHERRI LABARBARA BONNEY-DIXON | 13 | 2/7/2024 |
| 24-70198-FJS | ASHLEIGH RAYNOR COOPER-HARRIS | 13 | 1/31/2024 |
| 24-71195-FJS | SAMUEL SUTTON, JR. | 13 | 5/31/2024 |
| 24-71311-SCS | NADINE RODRIGUEZ | 13 | 6/19/2024 |
| 24-70028-FJS | RENAI IRENE JAROSZ | 13 | 1/8/2024 |
| 24-70018-FJS | JEFFERY ORLANDO BALL | 13 | 1/5/2024 |
| 23-72373-SCS | JEREMY MICHAEL JORDAN | 13 | 12/15/2023 |
| 23-72365-FJS | BRANDON TIMOTHY TROTH | 13 | 12/14/2023 |
| 23-72341-SCS | LANISHA TACHELLE PARKER | 13 | 12/12/2023 |
| 23-72336-SCS | CYNTHIA DENISE SAMPSON | 13 | 12/11/2023 |
| 23-72321-FJS | MARY JANE MATIAS MARAMBA | 13 | 12/8/2023 |

3

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 23-72292-FJS | SAMMY ORTIZ | 13 | 12/6/2023 |
| 23-72252-FJS | KENYON JAMIL MITCHELL | 13 | 11/30/2023 |
| 23-72234-SCS | PEGGY SUE DUKE | 13 | 11/29/2023 |
| 23-72133-FJS | LADORIS RENEE BANKS-HALL | 13 | 11/13/2023 |
| 23-72063-FJS | LUIS ALBERTO SOTELO-RAMOS | 13 | 11/2/2023 |
| 23-72047-FJS | RICKKITA LAMIRE RIDDICK | 13 | 10/31/2023 |
| 23-72032-FJS | REINIER A MORENO | 13 | 10/30/2023 |
| 23-71995-FJS | KEITH GERALD MILLIN | 13 | 10/25/2023 |
| 23-71962-FJS | JULIET FAYE WILSON | 13 | 10/20/2023 |
| 23-71956-SCS | ZALIEKA FAYOLA GIBBS | 13 | 10/20/2023 |
| 23-71950-SCS | JOMILE REAVES GAMBLE | 13 | 10/18/2023 |
| 23-71939-SCS | COREY DANIEL WINTER | 13 | 10/17/2023 |
| 23-71899-SCS | MARQUIS DERRELL STEPHENS | 13 | 10/12/2023 |
| 23-71825-SCS | ROBERT LOHN MANSHEIM  AND AMANDA JO MANSHEIM | 13 | 9/29/2023 |
| 23-71797-FJS | ANGELA DENISE LONG | 13 | 9/26/2023 |
| 23-71741-FJS | TINA LATRICE CARTER | 13 | 9/19/2023 |
| 23-71726-FJS | ANTHONY J MACK  AND BRANDI S MACK | 13 | 9/15/2023 |
| 23-71710-SCS | ANGELA JEAN CARRILLO | 13 | 9/14/2023 |
| 23-71696-FJS | AUGUST ADAM ANSTATT | 13 | 9/12/2023 |
| 23-71682-SCS | KEITA TRAE MALLOY | 13 | 9/11/2023 |
| 23-71660-SCS | MAXKIMO KEONI Q. LONZANIDA | 13 | 9/6/2023 |
| 23-71505-FJS | CLAUDE MITCHELL, JR. | 13 | 8/14/2023 |
| 23-71479-SCS | WENDY ANTONIO JOHNSON | 13 | 8/9/2023 |
| 23-71467-FJS | MALIK JAMAL WILSON | 13 | 8/7/2023 |
| 23-71426-SCS | DONTRAY LAMAR COOK | 13 | 8/2/2023 |
| 23-71402-SCS | TIMOTHY LEE SCOTT | 13 | 7/28/2023 |
| 23-71304-SCS | STEVEN LYNN MESSAMORE | 13 | 7/13/2023 |
| 23-71129-FJS | RASHEEM D. BURTON  AND KRISTINA D. BURTON | 13 | 6/12/2023 |
| 23-71086-SCS | WILLIAM C PATE | 13 | 6/2/2023 |
| 23-71017-SCS | ALEXIE PAREE ANSHUNTAE GRAVES | 13 | 5/24/2023 |
| 23-70917-FJS | KELVIN DARNELL NORTHAN  AND CATHY DAVIS NORTHAN | 13 | 5/10/2023 |
| 23-70826-FJS | ALICIA M. NOVACEK | 13 | 4/28/2023 |
| 23-70705-FJS | MONA BURDEN BRITT | 13 | 4/14/2023 |
| 23-70666-SCS | ANNISSA BAZEMORE STROTHERS | 13 | 4/10/2023 |
| 23-70553-SCS | KRISTAL ASHANTI WASHINGTON | 13 | 3/28/2023 |
| 23-70515-SCS | THARRIN CLAYTON HAROLD  AND DANIELLA MACI HAROLD | 13 | 3/21/2023 |
| 23-70488-FJS | LAURA BETH BRYAN | 13 | 3/17/2023 |
| 23-70398-FJS | TERESA JEWEL KEARNS | 13 | 3/3/2023 |
| 23-70352-SCS | JOSEPH RAY ELDRIDGE | 13 | 2/27/2023 |
| 23-70336-SCS | JENNIFER LYNN LOMBARDO | 13 | 2/24/2023 |
| 23-70282-FJS | BENJAMIN D. JONES | 13 | 2/17/2023 |
| 23-70203-SCS | MIASHA TERI O'NEAL | 13 | 2/3/2023 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 23-70198-FJS | BRETT ASHLEY HALL | 13 | 2/3/2023 |
| 23-70157-SCS | GERALD WAYNE BLANCHARD, JR. | 13 | 1/30/2023 |
| 23-70138-FJS | MARION L SNEED | 13 | 1/27/2023 |
| 23-70077-FJS | MAGGIE ANN SIMMONS | 13 | 1/16/2023 |
| 23-70008-SCS | JAMES ROBERT TAYLOR, JR. | 13 | 1/3/2023 |
| 22-72075-SCS | JESSE JAKARIE HOSEA, III | 13 | 12/13/2022 |
| 22-71953-SCS | IHAB SAAD MOUSTAFA | 13 | 11/18/2022 |
| 22-71888-FJS | RICHARD LAGRONE SIMONS | 13 | 11/9/2022 |
| 22-71874-SCS | THOMAS BUEHNER | 13 | 11/7/2022 |
| 22-71843-FJS | ROBERTO MANGIONE, JR. | 13 | 11/1/2022 |
| 22-71839-SCS | NATASHA SHANNEL JACKSON | 13 | 10/31/2022 |
| 22-71826-FJS | MICHELE ALETA BOULDEN | 13 | 10/31/2022 |
| 22-71607-FJS | ALBERT THOMAS CHRISTIAN, JR. | 13 | 9/23/2022 |
| 22-71460-SCS | KA DEIDRA NA'COLE FISHER | 13 | 8/26/2022 |
| 22-71382-FJS | JAYNENE LATRICE MISKEL | 13 | 8/16/2022 |
| 22-71372-SCS | TRAVIS EMANUEL LAMB | 13 | 8/15/2022 |
| 22-71343-SCS | GREGORY LAMONT OLIVER | 13 | 8/9/2022 |
| 22-71263-SCS | CHERIE MONIQUE MABRY | 13 | 7/28/2022 |
| 22-71233-SCS | WANDA V. KING | 13 | 7/25/2022 |
| 22-71210-SCS | LISA MICHELLE KARO | 13 | 7/20/2022 |
| 22-71725-FJS | BENJAMIN SINCLAIR BROWN AND LINDA MARIE BROWN | 13 | 10/15/2022 |
| 22-71180-SCS | MARY FRANCES TAYLOR | 13 | 7/14/2022 |
| 22-71054-SCS | KARALINDA M. DINE | 13 | 6/24/2022 |
| 22-70846-SCS | CORVARISS SPAIN | 13 | 5/19/2022 |
| 22-70820-FJS | DAVID-KURT WAY | 13 | 5/16/2022 |
| 22-70768-FJS | EDITH HELENA CEPAVICIUS | 13 | 5/6/2022 |
| 22-70605-FJS | TANYA CHRISTINA DAVIS | 13 | 4/13/2022 |
| 22-70446-SCS | AARON ANTONIO GREGORY | 13 | 3/24/2022 |
| 22-70436-FJS | LORI ANN O'CONNOR | 13 | 3/23/2022 |
| 22-70428-SCS | KEVIN SCOTT KESLER | 13 | 3/22/2022 |
| 22-70312-FJS | CYNTHIA ANN RICHARDSON | 13 | 3/2/2022 |
| 22-70268-FJS | BRANDON JAVAR LANE  AND VANESSA MARIE DEBRICK-LANE | 13 | 2/25/2022 |
| 22-70032-SCS | MICHAEL PHILLIP SADOWSKI, JR. | 13 | 1/11/2022 |
| 22-72006-FJS | CALVIN ROOSEVELT HICKS, JR. | 13 | 11/28/2022 |
| 21-72377-FJS | STEPHANIE DIANNE PITTS | 13 | 12/17/2021 |
| 21-72329-SCS | JAMIE JANELLE HILL | 13 | 12/13/2021 |
| 21-72250-FJS | KEVIN MICHAEL PARKER  AND SHARI BRIDGETTE PARKER | 13 | 11/30/2021 |
| 21-71921-SCS | MICHAEL LAMONT WINSTEAD | 13 | 10/5/2021 |
| 21-71911-FJS | JAMES CLINTON HALL, III  AND DIANA MEEKS HALL | 13 | 10/4/2021 |
| 21-71833-FJS | MARVIN G. CANADY, JR.  AND JAMEKA A. CANADY | 13 | 9/22/2021 |
| 21-71595-FJS | NICOLE MARIA JONES | 13 | 8/12/2021 |
| 21-71516-SCS | TORIE SUSANNE GARRETT | 13 | 7/29/2021 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 21-71431-SCS | JULIA LEE BRIGDEN | 13 | 7/14/2021 |
| 21-71251-FJS | JENNIFER ERIN MORRISON | 13 | 6/16/2021 |
| 21-71188-FJS | TONYA ALEXSANDREA SMITH | 13 | 6/7/2021 |
| 21-71183-SCS | JOYCE MARIETTA TYNES | 13 | 6/3/2021 |
| 21-71077-FJS | MICHAEL WILLIAM BROOKS | 13 | 5/19/2021 |
| 21-70996-SCS | LINDA DENISE BEVERLY | 13 | 5/7/2021 |
| 21-70750-FJS | THERESA LOUISE PAYNE | 13 | 4/8/2021 |
| 21-70642-FJS | CHERISS NICHOLETTE PISANI | 13 | 3/26/2021 |
| 21-70624-FJS | ALBERTO V. MATTA, III | 13 | 3/25/2021 |
| 21-70147-SCS | RONALD EUGENE STRICKLAND, JR  AND MELISSA JENNIFER STRICKLAND | 13 | 1/22/2021 |
| 20-73226-FJS | BERLYNDA M. CLARK | 13 | 12/10/2020 |
| 20-73308-SCS | DARTIS WRIGHT, II | 13 | 12/22/2020 |
| 20-71719-FJS | JAMES HAROLD DENNIS | 13 | 6/9/2020 |
| 20-70842-SCS | JEANETT D. JONES | 13 | 3/10/2020 |
| 19-70349-FJS | TODD ALLEN AND DAWN MARIE WILLIAMS | 13 | 1/29/2019 |