## United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number**  25−72441−FJS
**Chapter**  13

**In re:**

Meredith Ann Alexander
P.O. Box 56101
Virginia Beach, VA 23456

SSN: xxx−xx−2148                          EIN: NA

### NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR
### AMENDED/MODIFIED CHAPTER 13 PLAN

Notice is hereby given of the entry of an order of this court on April 28, 2026, confirming the Chapter 13 Plan or
Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated:   April 28, 2026                    For the Court,

                                           Charri S Stewart, Clerk
[ntcConfCh13PlanvNov2020.jsp]              United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:

Meredith Ann Alexander
    Debtor

Case No. 25-72441-FJS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-8      User: Nathaniel      Page 1 of 4

Date Rcvd: Apr 28, 2026      Form ID: ntc13cfp      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Meredith Ann Alexander, P.O. Box 56101, Virginia Beach, VA 23456-1101 |
| cr | + | OneMain Financial Group, LLC, c/o Parker, Pollard, Wilton & Peaden, 6802 Paragon Place, Suite 205, Richmond, VA 23230-1655 |
| 16857045 | + | The Crossings at Red Mill, 2160 Mill Crossing Drive, Virginia Beach, VA 23454-1196 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2026 01:31:21 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16857015 | + | Email/Text: bncnotifications@pheaa.org | Apr 29 2026 01:33:00 | Aes / Pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 16857016 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 29 2026 01:46:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16857017 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 29 2026 01:33:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 16857019 | ^ | MEBN | Apr 29 2026 01:29:45 | Attorney General Office *, U.S. Department of Justice, 950 Pennsylvania Ave. N.W, Washington, DC 20503-0001 |
| 16857020 | + | Email/Text: bk@avant.com | Apr 29 2026 01:34:00 | Avant LLC, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 16857023 | | Email/Text: bankruptcynotices@hellobrigit.com | Apr 29 2026 01:33:00 | Brigit, 36 West 20th Street, Floor 11, New York, NY 10011-0000 |
| 16918824 | + | Email/Text: bkattorneynotices@gmail.com | Apr 29 2026 01:33:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 16857021 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 29 2026 01:34:00 | Bridgecrest Acceptance Corp, PO Box 2997, Phoenix, AZ 85062-2997 |
| 16857022 | ^ | MEBN | Apr 29 2026 01:30:43 | Bridgecrest Acceptance Corp***, Corporation Service Company, 8825 N 23rd Ave, Ste 100, Phoenix, AZ 85021-4148 |
| 16860696 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2026 01:31:22 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16903356 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2026 01:30:35 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16857026 | | Email/Text: cfcbackoffice@contfinco.com | Apr 29 2026 01:33:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808-0000 |

| 16857024 | + Email/Text: bankruptcy@ccbank.com | | |
| | | Apr 29 2026 01:34:00 | Capital Community Bank, 1909 West State Street, Pleasant Grove, UT 84062-4099 |
| 16857025 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 29 2026 01:30:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16862575 | + Email/Text: va_tax_bk@harriscollect.com | | |
| | | Apr 29 2026 01:34:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16857027 | ^ MEBN | | |
| | | Apr 29 2026 01:30:41 | Credit Genie, 625 W Ridge Pike, Bldg D Ste 105, Conshohocken, PA 19428-3215 |
| 16857028 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Apr 29 2026 01:30:52 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16857029 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Apr 29 2026 01:30:35 | Credit One Bank*, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 16857030 | Email/Text: davecares@dave.com | | |
| | | Apr 29 2026 01:33:00 | Dave, 1265 S Cochran Ave, Los Angeles, CA 90019-0000 |
| 16865823 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Apr 29 2026 01:34:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 16857031 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 29 2026 01:30:50 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 16857033 | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Apr 29 2026 01:30:57 | First Premier Bank, 900 West Delaware, PO Box 5515, Sioux Falls, SD 57117-5515 |
| 16857032 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Apr 29 2026 01:30:35 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 16857034 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Apr 29 2026 01:35:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16857035 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 29 2026 01:30:30 | Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 16857036 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Apr 29 2026 01:33:00 | IRS Centralized Insolvency *, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16862984 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Apr 29 2026 01:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16859834 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 29 2026 01:45:37 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16879215 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 29 2026 01:45:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16857037 | Email/Text: ml-ebn@missionlane.com | | |
| | | Apr 29 2026 01:33:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348-0000 |
| 16857038 | + Email/PDF: cbp@omf.com | | |
| | | Apr 29 2026 01:31:16 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 16857039 | + Email/Text: opportunitynotices@gmail.com | | |
| | | Apr 29 2026 01:34:00 | Opportunity Financial, 130 E Randolph Street, Suite 1650, Chicago, IL 60601-6241 |
| 16918825 | + Email/Text: opportunitynotices@gmail.com | | |
| | | Apr 29 2026 01:34:00 | Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 16875292 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 29 2026 01:31:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 16916359 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 29 2026 01:34:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16857040 | + Email/Text: elevate@ebn.phinsolutions.com | | |
| | | Apr 29 2026 01:35:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 16857042 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |

District/off: 0422-8                          User: Nathaniel                          Page 3 of 4

Date Rcvd: Apr 28, 2026                       Form ID: ntc13cfp                         Total Noticed: 54

| | | Apr 29 2026 01:33:00 | Sezzle, PO Box 3320, Minneapolis, MN 55403-0000 |
| 16888579 | Email/Text: bankruptcies@starmarkfin.com | Apr 29 2026 01:33:00 | Starmark Financial LLC, 800 Fairway Drive, Suite 190, Deerfield Beach, FL 33441 |
| 16857041 | Email/Text: bcccsubankruptcyemail@sentara.com | Apr 29 2026 01:33:00 | Sentara, PO Box 79607, Baltimore, MD 21279-0607 |
| 16857043 | ^  MEBN | Apr 29 2026 01:31:05 | Sparrow Credit Card, PO Box 4153, Woburn, MA 01888-4153 |
| 16857044 | +  Email/Text: LMGaylord@sykesbourdon.com | Apr 29 2026 01:33:00 | Sykes Bourdon Ahern & Levy, 4429 Bonney Road, Suite 500, Virginia Beach, VA 23462-3881 |
| 16857018 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Apr 29 2026 01:33:00 | Attorney General, Tax Division - USDOJ, P.O. Box 227, Washington, DC 20044-0000 |
| 16858475 | +  Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Apr 29 2026 01:33:00 | U.S. Attorney, 101 W. Main Street, #8000, Norfolk, VA 23510-1651 |
| 16857046 | +  Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Apr 29 2026 01:33:00 | U.S. Attorney, World Trade Center, Ste 8000, 101 West Main Street, Norfolk, VA 23510-1651 |
| 16857047 | +  Email/Text: UpStart@ebn.phinsolutions.com | Apr 29 2026 01:34:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 16874135 | +  Email/Text: peritus@ebn.phinsolutions.com | Apr 29 2026 01:35:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 16857048 | +  Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2026 01:32:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 16906430 | +  Email/PDF: ebn_ais@aisinfo.com | Apr 29 2026 01:30:58 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16857049 | +  Email/Text: va_tax_bk@harriscollect.com | Apr 29 2026 01:34:00 | Virginia Department of Tax*, PO Box 1115, Richmond, VA 23218-1115 |
| 16857050 | +  Email/Text: va_tax_bk@harriscollect.com | Apr 29 2026 01:34:00 | Virginia Dept. of Taxation, PO Box 2156, Richmond, VA 23218-2156 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0422-8            User: Nathaniel            Page 4 of 4

Date Rcvd: Apr 28, 2026            Form ID: ntc13cfp            Total Noticed: 54

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Genene E. Gardner | on behalf of Debtor Meredith Ann Alexander gsaunders@mernalaw.com mlgcourts@gmail.com;gardnergr73674@notify.bestcase.com;agraveline@mernalaw.com;legalassistant@mernalaw.com |
| Gregory D. Stefan | gdstefan@gdsch13.com  ecftng@gdsch13.com |
| Matthew W. Cheney | ustpregion04.no.ecf@usdoj.gov |
| Trevor Brooks Reid | on behalf of Creditor OneMain Financial Group  LLC treid@parkerpollard.com, sscarce@parkerpollard.com;myoder@parkerpollard.com |

TOTAL: 4